FILED
CLERK, U.S. DISTRICT COURT

OCT 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LEE FREDERICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. BRADEN, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 08-0773-JST (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment be granted and that Judgment be entered dismissing this action with prejudice.

DATED: 10-28-11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE