FILED
CLERK, U.S. DISTRICT COURT

OCT 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LEE FREDERICK, | Case No. EDCV 08-0773-JST (JEM) |
| Plaintiff, | |
| v. | JUDGMENT |
| W. BRADEN, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: 10.28.11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE